IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 1:17-CR-10008-STA |
| ROBERT HUTCHINSON, JR., | ) | |
| Defendant. | ) | |

---

ORDER CONTINUING SENTENCING HEARING
AND NOTICE OF RESETTING

---

Upon the motion of the United States of America, and for good cause shown, the motion to continue the defendant's sentencing hearing is hereby granted, and the defendant's sentencing hearing is reset to **Tuesday, April 3, 2018 at 10:30 a.m.**

IT IS SO ORDERED.

Date:   March 26, 2018.

.

                                              s/ *S. Thomas Anderson*
                                              S. THOMAS ANDERSON
                                              CHIEF DISTRICT COURT JUDGE